1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CHRISTOPHER LEE CRAMER,  ) Case No. SACV 14-0974-JFW (JPR)
                         )
              Petitioner, )
                         )
        v.               ) ORDER ACCEPTING FINDINGS AND
                         ) RECOMMENDATIONS OF U.S.
                         ) MAGISTRATE JUDGE
DANIEL PARAMO, Warden,   )
                         )
              Respondent. )
_____ )

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the

Petition, records on file, and Report and Recommendation of the

U.S. Magistrate Judge.  No objections to the Report and

Recommendation have been filed.  The Court accepts the findings

and recommendations of the Magistrate Judge.

     IT THEREFORE IS ORDERED that the Petition is denied,

Petitioner's request for an evidentiary hearing is denied, and

Judgment be entered dismissing this action with prejudice.

DATED: December 8, 2015          _____
                                 JOHN F. WALTER
                                 U.S. DISTRICT JUDGE