JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER LEE CRAMER,      ) Case No. SACV 14-0974-JFW (JPR)
                            )
                Petitioner,  )
                            )              **J U D G M E N T**
        v.                   )
                            )
DANIEL PARAMO, Warden,       )
                            )
                Respondent.  )
_____ )

     Pursuant to the Order Accepting Findings and Recommendations
of U.S. Magistrate Judge,

     IT IS HEREBY ADJUDGED that this action is dismissed with
prejudice.

DATED: December 8, 2015          _____
                                 JOHN F. WALTER
                                 U.S. DISTRICT JUDGE